IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-365 |
| | ) |
| CAROL DORR | ) |

<u>ORDER OF COURT</u>

AND NOW, this 26th day of September, 2006, for the reasons stated in the opinion filed this day, IT IS ORDERED that defendant's motion to suppress statements and items seized from her (Document No. 36) and defendant's motion to suppress evidence obtained from a laptop computer (Document No. 38) be, and the same hereby are, denied.

　　　　　　　　　　　　　　　　　／s／ Gustave Diamond
　　　　　　　　　　　　　　　　　Gustave Diamond
　　　　　　　　　　　　　　　　　United States District Judge

cc: Brendan T. Conway
　　Assistant U.S. Attorney

　　Charles M. Schwartz, Esq.
　　4048 Mt. Royal Boulevard
　　Allison Park, PA 15101